UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60484
Summary Calendar
_____


JAMES W. DEATON,

                                        Plaintiff - Appellant,

                    versus

            ANN M. VENEMAN, SECRETARY,
        U.S. DEPARTMENT OF AGRICULTURE AGENCY,

                                        Defendant - Appellee.



_____

                Appeal from the United States District Court
                  for the Northern District of Mississippi
                    Lower Docket No. 1:01-CV-53-B-A


_____

                        January 6, 2003


Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        The pro se appellant challenges the district court's

grant of summary judgment to the Agriculture Department in his suit

_____

        [*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

brought for termination of employment. Deaton argues that he is entitled to default judgment, that the district court judge should have recused himself, and that the district court erred in granting the defendant's motion for summary judgment. Because the appellant does not cite any legal authority or comprehensible legal arguments in support of his position, and his brief does not even grapple with the issues of *res judicata* and collateral estoppel on which the court based its decision, this court considers the challenges abandoned for being inadequately briefed. L&A Contracting Co. v. S. Concrete Servs., Inc., 17 F.3d 106, 113 (5th Cir. 1994); F.R.A.P. 28(a)(9)(A).

The judgment of the district court is **AFFIRMED.**

2